# 906   CASES REPORTED WITH BRIEF SYLLABI.

The People of the State of New York v. Sylvester Stagg.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Jacobson v. Ignatz Jacobson (Max Brown, Appellant). — Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Jacobson v. Ignatz Jacobson (Max Brown, Appellant).— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Levin v. William A. White & Sons.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Huguenot Trust Company v. Robert D. Ireland, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nelly T. Roessle and Others v. Edwin B. Halsey.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Russell Root v. Walter Pulitzer and Others.— Motions to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Russell Root v. Walter Pulitzer and Others.— Motions to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emil F. Begiebing v. Max Jagerhuber, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Katie H. Finck, as Executrix of Peter House, Deceased. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katherine D. Carter v. James E. Carter.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Metropolitan Trust Company v. Edmund K. Stallo and Others.— Motion granted, questions certified as stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Metropolitan Trust Company v. Edmund K. Stallo and Others.— Motion denied, the defendants to have leave to move for reargument or to vacate the injunction granted by this court if the Court of Appeals should sustain the demurrer to the complaint on the appeal allowed on such demurrer. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Eliza J. Chalmers and Others v. National Cash Register Company.—